UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRANDON LIZOTTE (#432994)                         CIVIL ACTION

VERSUS

NATHAN CAIN, ET AL.                               NO.:15-00513-BAJ-EWD

RULING AND ORDER

On April 27, 2016, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff Brandon Lizotte's **Motion for Default Judgment (Doc. 19)** be denied, and that Defendant Gary Aymond's **Motion to Set Aside Default (Doc. 30)** be granted. (Doc. 49).

The Magistrate Judge's Report and Recommendation specifically notified the parties, that, pursuant to 28 U.S.C. § 636(b)(1), they had fourteen (14) days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 148 at p. 1). Neither party filed written objections.

Having carefully considered the motion for default judgment and the motion to set aside default, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts the findings of fact, conclusions of law, and recommendation.[1]

---

[1] Plaintiff is an inmate at the Louisiana State Penitentiary ("LSP"), in Angola, Louisiana. On August 13, 2015, Plaintiff filed this action against current and former LSP officials and employees. Doc. 1. On

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation (Doc. 49)** is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that Plaintiff Brandon Lizotte's **Motion for Default Judgment (Doc. 19)** is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant Gary Aymond's **Motion to Set Aside Default (Doc. 30)** is **GRANTED**.

**IT IS FURTHER ORDERED** that the defaults entered against Gary Aymond on January 4 and 7, 2016, (Docs. 20, 27), are hereby **VACATED** and **SET ASIDE**.

Baton Rouge, Louisiana, this 31ˢᵗ day of May, 2016.

_____
**BRIAN A. JACKSON, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

October 29, 2015, the Court directed the United States Marshal to serve all defendants, Doc. 12, including Gary Aymond, who was properly identified by Plaintiff as a "former officer," Doc. 15 at p. 10. The U.S Marshal delivered the summons and the complaint for Aymond to LSP, and LSP erroneously accepted service on behalf of Aymond. Doc. 15 at p. 10. Thereafter, the Clerk of Court entered preliminary defaults against Aymond for his failure to make a timely appearance. Docs. 20, 27. The Magistrate Judge found, and the Court agrees, that Aymond's failure to appear in this action was not willful but due to improper service. Doc. 49 at p. 4.